Michael Geary Wilson
818 Tampico
Walnut Creek, CA 94598
(925) 270-6017
michaelgearywilson@hotmail.com
SELF-REPRESENTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FLORIDA DEPARTMENT OF REVENUE et al.,<br><br>　　　　Defendants. | Case Number: 14-CV-04726-JCS<br><br>**NOTICE OF APPEAL** |

　　Notice is hereby given that MICHAEL GEARY WILSON, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an ORDER REVIEWING SECOND AMENDED COMPLAINT UNDER 28 U.S.C. § 1915 entered in this action on the 9th day of June, 2015.

DATE: June 10, 2015　　　　　　　　　　　　/S/ *Michael Geary Wilson*
　　　　　　　　　　　　　　　　　　　　　MICHAEL GEARY WILSON