Michael Geary Wilson
818 Tampico
Walnut Creek, CA 94598
(925) 270-6017
michaelgearywilson@hotmail.com
SELF-REPRESENTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL GEARY WILSON, | Case Number: 14-CV-04726-JCS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF MEDIATION QUESTIONNAIRE** |
| FLORIDA DEPARTMENT OF REVENUE et al., | |
| Defendants. | |

Notice is hereby given that MICHAEL GEARY WILSON, Plaintiff in the above named case, has substantially completed a required MEDIATION QUESTIONNAIRE, which is attached hereto as Exhibit 1, and intends to attach a service list to it and file it with the United States Court of Appeals for the Ninth Circuit as soon as possible after a case number and file are created for his appeal from an ORDER REVIEWING SECOND AMENDED COMPLAINT UNDER 28 U.S.C. § 1915 entered in this action on the 9th day of June, 2015.

DATE: June 10, 2015

                                                  /S/ *Michael Geary Wilson*
                                                  MICHAEL GEARY WILSON

Exhibit 1

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | NOT YET GENERATED |
| District Court/Agency Case Number(s): | 3:14-cv-04726-JCS |
| District Court/Agency Location: | United States District Court, Northern District of California (San Francisco) |
| Case Name: | Michael Geary Wilson v. Florida Department of Revenue et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 23 |
| Name of party/parties submitting this form: | Michael Geary Wilson |

Please briefly describe the dispute that gave rise to this lawsuit.

Over the course of several years beginning in approximately mid 2005 and continuing to date, Defendants and their co-conspirators have sought to injure Plaintiff using RICO predicate and other acts with the ultimate aim of creating enough pressure on him to cause him to pay to stop the campaign against him and relinquish his legal claims to his natural and constitutionally protected rights to a parent-child relationship with his minor daughter by means of a RICO enterprise they conceived and substantially executed in and/or directed toward the State of California.

Briefly describe the result below and the main issues on appeal.

The lower court dismissed the RICO and many other claims for relief with prejudice and without leave to amend, and terminated all but five of the 82 named Defendants. In doing so, the lower court ignored its prior factual findings, made many counter-factual findings about Plaintiff's Second Amended Complaint ("2AC") (e.g., re the factual bases for his RICO claims) and misapplied the law to the actual facts (e.g., the Rooker-Feldman doctrine), which are the main general issues on appeal.

Describe any proceedings remaining below or any related proceedings in other tribunals.

See Attachment 1 (1 page).

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| It is very likely that Chief Magistrate Judge Joseph C. Spero tried to unlawfully eviscerate the 2AC because he is more personally interested in protecting "nine judges" (6/9/15 order, 3:14-16) and other government employees than providing Plaintiff an opportunity to right the wrongs they have done. Plaintiff suspects Judge Spero timed the entry of his 6/9/15 order so he could harm Plaintiff's state proceedings, four of which have critical hearings upcoming on 6/11, 6/12, 6/26 and 7/8, and make it more difficult for Plaintiff, who is indigent, to appeal. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2). (WILL BE ATTACHED WHEN FILED WITH THE 9th CIRCUIT)

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | /S/ Michael Geary Wilson |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | SELF-REPRESENTED |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**APPEAL FROM USDCNC CASE NUMBER 3:14-cv-04726-JCS**
**MEDIATION QUESTIONNAIRE**
**ATTACHMENT 1: PROCEEDINGS REMAINING BELOW AND RELATED PROCEEDINGS IN OTHER TRIBUNALS**

| Case Name | Court Name | Case Number | Status |
|---|---|---|---|
| Wilson v. Florida Department of Revenue, et al. | USDCNC | 14-CV-4726-JCS | On Plaintiff's Appeal from ORDER REVIEWING SECOND AMENDED COMPLAINT UNDER 28 U.S.C. § 1915 dated 6/9/2015; no parties served yet |
| Wilson v. Contra Costa County ("CCC"), et al. | USDCNC | 14-CV-3491-SI | Defendants' Answer filed 5/20/2015; Initial Case Management Conference 6/26/2015 |
| Wilson v. CCC Superior Court ("SC"), et al. | CCCSC | 05-142521-4 | Hearing re Plaintiff's Petition for Writ of Habeas Corpus on 6/12/2015 |
| People v. Wilson | CCCSC | 1-168647-6 | Stayed |
| People v. Wilson | CCCSC | 1-170908-8 | Stayed |
| Wilson v. Wilson | CCCSC | F1401120 | Plaintiff's Motion for License Reinstatement Granted on 5/8/2015; Hearing on 7/8/2015 |
| Wilson v. Florida Department of Revenue, et al. | CCCSC | D13-05801 (ACSC Case No. AF12627860 transferred here) | Unknown |
| Wilson v. Alameda County ("AC") SC | ACSC | RG15768294 | Case Management Conference and Hearing re Plaintiff's Petition for Writ of Habeas Corpus on 6/11/2015 |
| Wilson v. Wilson | ACSC | AF11598935 | Requests to Void All Orders and Change Venue Pending |
| Wilson v. Kaiser Foundation Health Plan, Inc. | ACSC | RG14743084 | Entire Alameda County Superior Court Bench Recused on 6/3/2015; Reassignment by Chief Justice of California Supreme Court Pending |