SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:  (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
LINDA M. DIPPEL, MELINDA RENE SELF,
LINDA D. LINNELL and ADAN CARDENAS JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA DEPARTMENT OF REVENUE, CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY, COUNTY OF CONTRA COSTA, LINDA M. DIPPEL, *in her official and/or individual capacities,* MELINDA RENE SELF, *in her official and/or individual capacities,* LINDA D. LINNELL, *in her official and/or individual capacities,* ADAN CARDENAS JR., *in her official and/or individual capacities,* AND does 1-45 *in their official and/or individual capacities, if natural persons.*,<br><br>Defendants. | No. 14-04726 JCS<br><br>NOTIFICATION OF SUPERIOR COURT ORDERS AND ADMINISTRATIVE MOTION REQUESTING CASE MANAGEMENT CONFERENCE<br><br>Date:  August 21, 2015<br>Time:  2:00 p.m.<br>Crtrm:  G, 15th Floor<br>Judge:  Hon. Joseph C. Spero, Presiding<br>Date Action Filed:  October 24, 2014<br>Trial Date:  None Assigned |

Defendants COUNTY OF CONTRA COSTA, LINDA DIPPEL, MELINDA SELF, LINDA LINNELL and ADAN CARDENAS hereby notify this Court that the Contra Costa County Superior Court has issued two orders, one registering the Florida Child Support Orders against Plaintiff Michael Geary Wilson and the other denying Mr. Wilson's request for an

---

Notification of Superior Court Orders and Administrative Motion Requesting Case Management
Conference - Case No. C14-4726 JCS                                                                                                    1

1  exemption.  Copies of the relevant orders are attached hereto as Exhibits A and B.  Defendants
2  request that the Court schedule a Case Management Conference to lift the stay in this
3  proceeding and to discuss the next steps in this litigation.
4      On January 7, 2016, counsel for defendants contacted Mr. Wilson via email to notify
5  him of this administrative motion and to request that he agree to the requested relief.  As of
6  today's date, Mr. Wilson has not responded to counsel's email.
7      For the reasons stated above, there is good cause to grant this administrative motion and
8  for the Court to schedule a Case Management Conference in this proceeding.

DATE: January 8, 2016

SHARON L. ANDERSON
COUNTY COUNSEL

By:  */s/ D. Cameron Baker*
    D. CAMERON BAKER
    Attorneys for Defendant
    COUNTY OF CONTRA COSTA,
    LINDA M. DIPPEL,
    MELINDA RENE SELF,
    LINDA D. LINNELL, and
    ADAN CARDENAS JR.

# EXHIBIT A

FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rachael I. Zeiph SBN 197571<br>Law Office of Rachael I. Zeiph<br>2255 Contra Costa Blvd., Suite 301<br>Pleasant Hill, CA 94523<br>TELEPHONE NO.: (925) 969-9898   FAX NO. (Optional): (925) 465-1365<br>E-MAIL ADDRESS (Optional): rzblaw@sbcglobal.net<br>ATTORNEY FOR (Name): Jami Wilson | 2015 DEC 10  A 9:58<br>T. FRENCH<br>BY: |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 751 Pine Street
MAILING ADDRESS: PO Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Peter L. Spinetta

PETITIONER/PLAINTIFF: Jami Caroline Wilson

RESPONDENT/DEFENDANT: Michael Geary Wilson

OTHER PARTY: Contra Costa County Department of Child Support Services

**FINDINGS AND ORDER AFTER HEARING**

CASE NUMBER: F14-01120

---

1. This proceeding was heard
   on (date): 11/12/2015      at (time): 1:30 p.m.     in Dept.: 40     Room:
   by Judge (name): Christopher R. Bowen     ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed (date): Multiple     by (name): Michael Wilson
   a. ☐ Petitioner/plaintiff present            ☒ Attorney present (name): Rachael I. Zeiph
   b. ☐ Respondent/defendant present       ☐ Attorney present (name):
   c. ☐ Other party present                      ☒ Attorney present (name): Mary Lindelof, DCSS Attorney

**THE COURT ORDERS**

| | | | | |
|---|---|---|---|---|
| 2. Custody and visitation/parenting time: | As attached | ☐ on form FL-341 | ☐ Other | ☐ Not applicable |
| 3. Child support: | As attached | ☐ on form FL-342 | ☐ Other | ☐ Not applicable |
| 4. Spousal or family support: | As attached | ☐ on form FL-343 | ☐ Other | ☐ Not applicable |
| 5. Property orders: | As attached | ☐ on form FL-344 | ☐ Other | ☐ Not applicable |
| 6. Attorney's fees | As attached | ☐ on form FL-346 | ☐ Other | ☐ Not applicable |
| 7. Other orders: | ☒ As attached | ☐ Not applicable | | |

8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on (date):     at (time):     in Dept.:
   on the following issues:

Date: 12/8/15

Approved as conforming to court order.

▶ See Attached

SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER/PLAINTIFF   ☐ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

JUDICIAL OFFICER

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

Zeiph Clients

Martin Dean's
ESSENTIAL FORMS™

FL-340

FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rachael I. Zeiph SBN 197571<br>Law Office of Rachael L Zeiph<br>2255 Contra Costa Blvd., Suite 301<br>Pleasant Hill, CA 94523<br>TELEPHONE NO.: (925) 969-9898    FAX NO. (Optional): (925) 465-1365<br>E-MAIL ADDRESS (Optional): rzblaw@sbcglobal.net<br>ATTORNEY FOR (Name): Jami Wilson | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 751 Pine Street
MAILING ADDRESS: PO Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Peter L. Spinetta

PETITIONER/PLAINTIFF: Jami Caroline Wilson

RESPONDENT/DEFENDANT: Michael Geary Wilson

OTHER PARTY: Contra Costa County Department of Child Support Services

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER:<br>F14-01120 |
|---|---|

1. This proceeding was heard
   on (date): 11/12/2015       at (time): 1:30 p.m.       In Dept.: 40       Room:
   by Judge (name): Christopher R. Bowen       ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed (date): Multiple       by (name): Michael Wilson
   a. ☐ Petitioner/plaintiff present                     ☒ Attorney present (name): Rachael I. Zeiph
   b. ☐ Respondent/defendant present              ☐ Attorney present (name):
   c. ☐ Other party present                                 ☒ Attorney present (name): Mary Lindelof, DCSS Attorney

THE COURT ORDERS

2. Custody and visitation/parenting time:    As attached    ☐ on form FL-341    ☐ Other    ☐ Not applicable

3. Child support:    As attached    ☐ on form FL-342    ☐ Other    ☐ Not applicable

4. Spousal or family support:    As attached    ☐ on form FL-343    ☐ Other    ☐ Not applicable

5. Property orders:    As attached    ☐ on form FL-344    ☐ Other    ☐ Not applicable

6. Attorney's fees    As attached    ☐ on form FL-346    ☐ Other    ☐ Not applicable

7. Other orders:    ☒ As attached    ☐ Not applicable

8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on (date):       at (time):       In Dept.:
   on the following issues:

Date: 11/30/15

Approved as conforming to court order.

[signature]

SIGNATURE OF ATTORNEY FOR ☒ PETITIONER/PLAINTIFF  ☐ RESPONDENT/DEFENDANT  ☐ OTHER PARTY
                                                              DCSS

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 [Rev. January 1, 2012]

FINDINGS AND ORDER AFTER HEARING
(Family Law—Custody and Support—Uniform Parentage)

JUDICIAL OFFICER

Page 1 of 1

www.courts.ca.gov

Zeiph Clients

| SHORT TITLE: IRMO Wilson, Jami and Michael | CASE NUMBER: F14-01120 |
|---|---|

MC-025

**ATTACHMENT** (Number): 7
(This Attachment may be used with any Judicial Council form.)

1. The matter is called at 1:52 p.m. The Respondent, Michael Wilson, has failed to appear and has not
2. The Court finds pursuant to Family Code Section 4956(a) that the Respondent was seeking to contest the validity of registering the out-of-state child support order. The Order that was previously sought to be registered is now registered and the Respondent's request is denied.
3. Claim of Exemption - See separate order requiring mandatory JC Form FL-678.
4. Respondent's request for Dismissal of the action is denied.
5. Respondent's motion to release his Driver's License from suspension enforcement by DCSS is denied. Under Family Code 17520(k)(1), (2), and (3), the makes an adverse finding that there is a support obligation and a Judgment on same and that Respondent is covered under the Judgment. The Respondent is not in compliance with the Judgment and Petitioner has not received any support payments. The Court cannot make a finding to extend the temporary order of Judge Cram to reinstate Respondent's driver's license. That prior order is dissolved. DCSS may take further action regarding Respondent's driving privilege. There is no evidence to consider ~~then~~ indicating that an additional release would be appropriate.
6. Further contest of the registered out-of-state child support order is precluded under Family Code § 4957.

contacted the court or the other parties to request a continuance

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page ____ of ____
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

Zeiph Clients

www.courtinfo.ca.gov

# EXHIBIT B

FL-678

| GOVERNMENTAL AGENCY (under Family Code, §§ 17400, ): | TELEPHONE NO.: (925) 969-9898 | FOR COURT USE ONLY |
|---|---|---|
| Rachael I. Zeiph<br>SBN 197571<br>Law Office of Rachael I. Zeiph<br>2255 Contra Costa Blvd., Suite 301<br>Pleasant Hill, CA 94523 | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 751 Pine Street
MAILING ADDRESS: PO Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Peter L. Spinetta

PETITIONER/PLAINTIFF: Jami Caroline Wilson

RESPONDENT/DEFENDANT: Michael Geary Wilson

OTHER PARENT:

2015 DEC 10 A 9:59

T. FRENCH

| ORDER DETERMINING [X] CLAIM OF EXEMPTION [ ] THIRD-PARTY CLAIM | LEVYING OFFICER FILE NO.: | COURT CASE NO.: F14-01120 |
|---|---|---|

1. The application of (name): Michael Wilson  for an order determining the
   [X] claim of exemption  [ ] third-party claim of (name):  proceeded
   a. [ ] by stipulation
   b. [X] by court hearing, appearances as follows:
      (1) Date: 11/12/15     Dept.: 40     Judicial officer: Christopher R. Bowen
      (2) [ ] Judgment debtor present (name):
      (3) [ ] Judgment debtor's attorney present (name):
      (4) [ ] Third-party claimant present (name):
      (5) [ ] Third-party claimant's attorney present (name):
      (6) [ ] Other parent present (name):
      (7) [X] Other attorney present (name): Rachael Zeiph, Attorney for Jami Wilson
      (8) [ ] Local child support agency attorney (Family Code, §§ 17400, 17406) (name): Mary Lindelof

2. The court considered the evidence.

3. IT IS ORDERED
   a. [ ] The claim of exemption is [ ] granted  [X] denied.
   b. [ ] The claim of exemption is granted in part (specify):

   c. [ ] The third-party claim is [ ] granted [ ] denied.
   d. [ ] The third-party claim is granted in part (specify):

   This document is a correct copy of the original on file in this office.
   ATTEST: DEC 10 2015
   STEPHEN H. NASH, CLERK OF THE COURT
   SUPERIOR COURT OF CALIFORNIA
   COUNTY OF CONTRA COSTA
   By_____ Deputy Clerk

   e. [X] The following property must be released to (name):
      (specify property): Money held by DCSS in the amount of $648.00 shall be released to the Petitioner, Jami Wilson.

   f. [X] The following property must be applied to the judgment (specify property):
      The sum of $648.00 held by DCSS.

   g. [X] Other (specify): The sum released shall be credited toward the current support obligation CRB

Date: 12-8-15
_____
(JUDICIAL OFFICER)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-678 [Rev. January 1, 2003]

ORDER DETERMINING CLAIM OF EXEMPTION
OR THIRD-PARTY CLAIM
(Governmental)

Code of Civil Procedure, § 703.550
www.courtinfo.ca.gov

Zeiph Clients

Martin Dean's
ESSENTIAL FORMS™