SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA,
LINDA M. DIPPEL, MELINDA RENE SELF,
LINDA D. LINNELL and ADAN CARDENAS JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>FLORIDA DEPARTMENT OF REVENUE, CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY, COUNTY OF CONTRA COSTA, LINDA M. DIPPEL, *in her official and/or individual capacities,* MELINDA RENE SELF, *in her official and/or individual capacities,* LINDA D. LINNELL, *in her official and/or individual capacities,* ADAN CARDENAS JR., *in her official and/or individual capacities,* AND does 1-45 *in their official and/or indiviual capacities, if natural persons.*,<br><br>    Defendants. | No. C14-04726 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING CASE MANAGEMENT CONFERENCE<br><br>Crtrm: G, 15th Floor<br>Judge: Hon. Joseph C. Spero, Presiding<br>Date Action Filed: October 24, 2014<br>Trial Date: None Assigned |

    Defendants County of Contra Costa, Linda M. Dippel, Melinda Rene Self, Linda D. Linnell and Adan Cardenas Jr., having moved this Court pursuant to Local Rule 7-11 to schedule a Case Management Conference, the motion having come on before the Court, and

1 | having considered the papers filed by the parties with respect to this motion, the Court hereby
2 | ORDERS as follows:
3 |     There is good cause to schedule a Case Management Conference on
4 | February 12, 2016 at 2:00 PM .
5 |     IT IS SO ORDERED.

7 | DATED: January 13 , 2016

HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge

*(Signed by Judge Joseph C. Spero; seal of United States District Court, Northern District of California)*