UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04726-JCS<br><br>**ORDER DISMISSING FIRST AMENDMENT CLAIM WITH PREJUDICE** |

　　IT IS HEREBY ORDERED that Plaintiff's First Amendment Claim is dismissed with prejudice on the basis that Plaintiff did not file an amended complaint.

　　IT IS HEREBY FURTHER ORDERED that the STAY as to the due process claim is lifted. Plaintiff shall have thirty (30) days to file an amended complaint solely to add allegations regarding recent developments in the state court action that are relevant to his due process claim.

　　**IT IS SO ORDERED.**

Dated: February 17, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge