UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-04726-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE; AND VACATING MAY 6, 2016 MOTION HEARING** |

    Plaintiff in this case is proceeding in forma pauperis. Presently before the Court is Defendants' Motion for Judgment on the Pleadings to Dismiss Second Amended Complaint, which is set for hearing on May 6, 2016. Pursuant to Civil Local Rule 7-3(b), Plaintiff was required to file an Opposition or statement of non-Opposition to that motion by April 15, 2016. Plaintiff filed neither. Nor did he appear at the February 12, 2016 Case Management Conference, which the Court set after it lifted the stay in this case as to Plaintiffs' remaining claims. At the February 12, 2016 Case Management Conference, the Court also gave Plaintiff thirty days to amend his remaining claims to update his allegations as to the alleged violation of his due process rights in light of the related proceedings that have occurred in state court. Although Plaintiff was served with the Court's minutes, he did not file an amended complaint.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and failure to follow the Court's rules and Orders. Plaintiff may file a response, not to exceed five pages, by **May 2, 2016. Failure to file a response may result in dismissal of this action.** In addition, the Court **vacates the May 6, 2016 motion hearing** and takes under submission Defendants' Motion for Judgment on the Pleadings to Dismiss Second

1  Amended Complaint.  Because Plaintiff has not filed an Opposition to that Motion, Defendants
2  need not file a Reply brief.
3  **IT IS SO ORDERED.**

5  Dated:  April 19, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge