1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL GEARY WILSON,                    Case No.  14-cv-04726-JCS
              Plaintiff,
8
                                              ORDER DISMISSING CASE FOR
9        v.                                   FAILURE TO PROSECUTE

10   COUNTY OF CONTRA COSTA, et al.,
              Defendants.
11

12

13       On April 19, 2016, the Court issued an Order to Show Cause why this case should not be

14   dismissed for failure to prosecute.   In the Order to Show Cause, the Court noted that Plaintiff

15   failed to file an Opposition or statement of non-Opposition to the pending motion to dismiss, did

16   not appear at the February 12, 2016 Case Management Conference, and did not file an amended

17   complaint updating his allegations as to the alleged violation of his due process rights despite

18   being invited to do so after the Court lifted the stay in this case.   Plaintiff's response to the Order

19   to Show Cause was due on May 2, 2016.  Plaintiff has not filed a response to the Order to Show

20   Cause; nor has he contacted the Court in any way.  Accordingly, this action is dismissed without

21   prejudice for failure to prosecute. All calendared dates and deadlines are VACATED.  The Clerk

22   shall close the file.

23       **IT IS SO ORDERED.**

24   Dated:  May 3, 2016

25                                            _____

26                                            JOSEPH C. SPERO
                                              Chief Magistrate Judge
27

28

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California